*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KING, LAWRENCE, and GEIS
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Jonathan G. TESCH III**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 202000088**

Decided: 20 August 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
John Chase Johnson (arraignment)
Andrea C. Goode (trial)

Sentence adjudged 16 October 2019 by a special court-martial convened at Marine Corps Base Camp Pendleton, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for nine months[1] and a bad-conduct discharge.

For Appellant:
*Commander C. Eric Roper, JAGC, USN*

For Appellee:
*Brian K. Keller, Esq.*

---

[1] The convening authority suspended all confinement in excess of 60 days pursuant to a pretrial agreement.

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice, arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court